UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, as Owner of Ferryboat THE MONTAUK, Libelant-Appellee, v. UNITED STATES of America, Respondent-Appellant.

UNITED STATES of America, Cross-Libelant-Appellant, v. UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, as owner of Ferryboat THE MONTAUK, Cross-Respondent-Appellee.

No. 107.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Appeal from the District Court for the Southern District of New York by the United States of America, appellant, against Union Ferry Company of New York and Brooklyn, etc., appellee, and cross-libel of the appellant. Decree for libelant. Affirmed.

Lamar Hardy, of New York City (Charles E. Wythe, Sp. Asst. to U. S.

Atty., of New York City, of counsel), for the United States.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan, of New York City, of counsel), for libelant-appellee and respondent-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree (12 F.Supp. 284), affirmed.